Thomas, Martina -

| | | |
|---|---|---|
| Atmos Energy<br>Dynamic Recovery<br>2775 Villa Creek Dr<br>Dallas TX 75234 | National Student Loan<br>1300 O St<br>Lincoln NE 68501 | University Internal Me<br>Southern Financial Sys<br>P O Box 15203<br>Hattiesburg MS 39404-52 |
| Capital One Auto Fin<br>3905 Dallas Pkwy.<br>Plano TX 75093 | National Student Loans<br>US Attorney<br>501 East Court St<br>Suite 4.430<br>Jackson MS 39201 | University Pathology<br>United Medical Recover<br>950 N State Street<br>Jackson MS 39202-2613 |
| Cellular South<br>PO Box 519<br>Meadville MS 39653 | Sallie Mae<br>PO Box 9500<br>Wilkes Barre PA 18773 | University Physicians<br>Smith Rouchon<br>1456 Ellis Avenue<br>Jackson MS 39204 |
| City of Jackson<br>327 E Pascagoula St<br>Jackson MS 39202 | Sallie Mae<br>US Attorney<br>501 E Court St<br>Ste 4.430<br>Jackson MS 39201 | |
| DIRECT LOANS<br>PO BOX 7202<br>Utica NY 13504 | Smith Rouchon<br>1456 Ellis Avenue<br>Jackson MS 39204 | |
| Direct Loans<br>Asst US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson MS 39201 | ST DOMINIC<br>969 LAKELAND DRIVE<br>Jackson MS 39216 | |
| Firestone<br>PO Box 81307<br>Cleveland OH 44181 | Statewide Investment<br>Stephen Younger<br>830 E River Pl<br>Ste 302<br>Jackson MS 39202 | |
| GECRB/Belk<br>PO BOx 965028<br>Orlando FL 32896-5028 | T-Mobile<br>PO Box 660252<br>Norfolk VA 23541 | |
| JD Byryder<br>2521 Hwy 80<br>Pearl MS 39208 | UMC<br>2500 North State St.<br>Jackson MS | |